# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FULL, JAMES A | § | Case No. 12-03106 DRC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/27/2015 in Courtroom 240,
          Kane County Courthouse
          100 S. Third Street
          Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2015            By: CLERK OF BANKRUPTCY COURT
                                                                     Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
FULL, JAMES A § Case No. 12-03106 DRC
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,000.15 |
| and approved disbursements of | $ 416.53 |
| leaving a balance on hand of[1] | $ 9,583.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,750.02 | $ 0.00 | $ 1,750.02 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,023.75 | $ 0.00 | $ 3,023.75 |
| Other: International Sureties Ltd. | $ 22.70 | $ 22.70 | $ 0.00 |
| Other: Cohen & Krol | $ 34.60 | $ 0.00 | $ 34.60 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,808.37 |
| Remaining Balance | $ 4,775.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,280.87  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ 2,766.09 | $ 0.00 | $ 722.55 |
| 000002 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 2,975.51 | $ 0.00 | $ 777.25 |
| 000003 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 7,149.11 | $ 0.00 | $ 1,867.46 |
| 000004 | Nationwide<br>PO Box 23356<br>Pittsburg, PA 15222 | $ 4,965.04 | $ 0.00 | $ 1,296.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 425.12 | $ 0.00 | $ 111.04 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,775.25 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 12-03106-DRC
James A Full                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: Mar 04, 2015
                              Form ID: pdf006           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2015.
db             +James A Full,    233 Basswood Dr,    Naperville, IL 60540-7903
aty            +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty            +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,   Chicago, IL 60602-4600
18417211       +American Express,   c/o Becket and Lee LLP,    Po Box 3001,   Malvern, PA 19355-0701
19500147        American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
19285024      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
18417212        Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
18417223      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    PO Box 182676,    Columbus, OH 43218-2676)
18417213       +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18417215        Chase,   PO Box 15153,    Wilmington, DE 19886-5153
18417216       +Citicards,    Po Box 6241,   Sioux Falls, SD 57117-6241
18417217       +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
18417218       +Codilis & Associates,    15W030 N Frontage Rd,    Suite 100,   Burr Ridge, IL 60527-6921
18417219        Codilis & Associates, P.C,    15W030 North Frontage Road,    Suite 100,
                 Burr Ridge, IL 60527-6921
18417222       +Fia Csna,    Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
18417224       +Nationwide,    PO Box 23356,   Pittsburg, PA 15222-6356
18532496        Nationwide Bank,    PO Box 31027,   Tampa, FL 33631-3027
18417225       +Pnc Bank,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
18417227        Suntrust Mortgage,    PO Box 79041,   Baltimore, MD 21279-0041
18417226       +Suntrust Mortgage,    Attention: Bankruptcy,    1001 Semmes Ave,   Richmond, VA 23224-2245
18417228       +Suntrust Mortgage/cc 5,    Attention: Bankruptcy,    Po Box 85092,   Richmond, VA 23285-5092

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19133348        E-mail/Text: bankruptcy@commercebank.com Mar 05 2015 01:59:33      Commerce Bank,
                 P O BOX 419248,    KCREC-10,   Kansas City, MO 64141-6248
18417220        E-mail/Text: bankruptcy@commercebank.com Mar 05 2015 01:59:33      Commerce Bk,    911 Main St,
                 Kansas City, MO 64105-5370
18417221       +E-mail/PDF: mrdiscen@discover.com Mar 05 2015 02:11:05      Discover Fin,    Po Box 6103,
                 Carol Stream, IL 60197-6103
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18417214          Chase
18532495*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   FIA Card Services,    1100 N. King Street,   Wilmington, DE 19884)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: cgreen            Page 2 of 2              Date Rcvd: Mar 04, 2015
                              Form ID: pdf006         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
      gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

      Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
      jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

      Thomas   Lageotakes    on behalf of Debtor James A Full thomas@lageotakeslaw.com,
      thomas.lageotakes@gmail.com

      TOTAL: 6