UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FULL, JAMES A § Case No. 12-03106 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 119,198.00<br>*(Without deducting any secured claims)* | Assets Exempt: 623,112.68 |
| Total Distributions to Claimants:  4,775.25 | Claims Discharged<br>Without Payment:  309,506.15 |
| Total Expenses of Administration: 5,224.90 | |

3) Total gross receipts of $ 10,000.15  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 10,000.15  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 278,341.72 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,224.90 | 5,224.90 | 5,224.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 316,599.17 | 18,280.87 | 18,280.87 | 4,775.25 |
| **TOTAL DISBURSEMENTS** | $ 594,940.89 | $ 23,505.77 | $ 23,505.77 | $ 10,000.15 |

   4)  This case was originally filed under chapter 7 on  01/30/2012 .  The case was pending for 43 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/26/2015           By:/s/GINA B. KROL
                                            Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fidelity Checking Brokerage Acct | 1129-000 | 1,339.00 |
| 2005 Ford 500 | 1129-000 | 2,700.00 |
| TAX REFUND | 1129-000 | 5,961.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 401k loan | | 5,370.29 | NA | NA | 0.00 |
| | Chase | | 8,002.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 264,968.87 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 278,341.72** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,750.02 | 1,750.02 | 1,750.02 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 22.70 | 22.70 | 22.70 |
| ASSOCIATED BANK | 2600-000 | NA | 381.94 | 381.94 | 381.94 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 11.89 | 11.89 | 11.89 |
| COHEN & KROL | 3110-000 | NA | 2,015.83 | 2,015.83 | 2,015.83 |
| GINA B. KROL | 3110-000 | NA | 1,007.92 | 1,007.92 | 1,007.92 |
| COHEN & KROL | 3120-000 | NA | 34.60 | 34.60 | 34.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,224.90** | **$ 5,224.90** | **$ 5,224.90** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 7,300.00 | NA | NA | 0.00 |
| | Chase | | 6,868.64 | NA | NA | 0.00 |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 800.00 | NA | NA | 0.00 |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicards Po Box 6241 Sioux Falls, SD 57117 | | 1,508.19 | NA | NA | 0.00 |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | 1,586.00 | NA | NA | 0.00 |
| | Fia Csna Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 3,100.00 | NA | NA | 0.00 |
| | Home Depot PO Box 182676 Columbus, OH 43218-2676 | | 1,806.70 | NA | NA | 0.00 |
| | Pnc Bank 1 Financial Pkwy Kalamazoo, MI 49009 | | 3,000.00 | NA | NA | 0.00 |
| | Suntrust Mortgage/cc 5 Attention: Bankruptcy Po Box 85092 Richmond, VA 23286 | | 82,000.00 | NA | NA | 0.00 |
| | Suntrust Mortgage/cc 5 Attention: Bankruptcy Po Box 85092 Richmond, VA 23286 | | 187,231.00 | NA | NA | 0.00 |
| 000004 | NATIONWIDE | 7100-000 | 5,100.00 | 4,965.04 | 4,965.04 | 1,296.95 |
| 000005 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-900 | 3,630.00 | 425.12 | 425.12 | 111.04 |
| 000001 | COMMERCE BANK | 7100-900 | 2,900.00 | 2,766.09 | 2,766.09 | 722.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, N.A. | 7100-900 | 2,100.00 | 2,975.51 | 2,975.51 | 777.25 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-900 | 6,868.64 | 7,149.11 | 7,149.11 | 1,867.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 316,599.17 | $ 18,280.87 | $ 18,280.87 | $ 4,775.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-03106   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FULL, JAMES A | Date Filed (f) or Converted (c): | 01/30/12 (f) |
| | | 341(a) Meeting Date: | 03/27/12 |
| For Period Ending: | 08/26/15 | Claims Bar Date: | 10/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 233 BASSWOOD DR, NAPERVILLE IL 60540 | 127,500.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. PNC Checking Acct #0390 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Naperville Bank & Trust Checking Acct #7398 | 465.00 | 0.00 | | 0.00 | FA |
| 5. Rohm & Haas CU Accnt | 764.68 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS / COLLECTIBLES | 5.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 9. Mass Mutual Life Ins #3139903 | 482.00 | 0.00 | | 0.00 | FA |
| 10. Mass Mutual Life Insurance #2514027 | 402.00 | 0.00 | | 0.00 | FA |
| 11. IRA Fidelity | 386,000.00 | 0.00 | | 0.00 | FA |
| 12. Stepan 401(K) | 214,728.68 | 0.00 | | 0.00 | FA |
| 13. Fidelity Checking Brokerage Acct | 2,702.32 | 1,339.00 | | 1,339.00 | FA |
| 14. 2005 Ford 500 | 5,900.00 | 2,700.00 | | 2,700.00 | FA |
| 15. 2005 Ford Explorer | 6,600.00 | 0.00 | | 0.00 | FA |
| 16. TAX REFUND | 5,034.50 | 5,034.50 | | 5,961.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $751,384.18 | $9,073.50 | | $10,000.15 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted for review

Case 12-03106   Doc 43   Filed 09/21/15   Entered 09/21/15 14:13:28   Desc Main
Document      Page 9 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

Case No:  12-03106  DRC  Judge: Donald R. Cassling           Trustee Name:      GINA B. KROL
Case Name:  FULL, JAMES A                                    Date Filed (f) or Converted (c):  01/30/12 (f)
                                                             341(a) Meeting Date:  03/27/12
                                                             Claims Bar Date:  10/05/12

February 18, 2015, 12:17 pm

Trustee to review claims and prepare TFR
October 16, 2014, 01:12 pm

Trustee sold back Debtor's right, title and interest in residence.
October 14, 2013

Initial Projected Date of Final Report (TFR): 09/15/13    Current Projected Date of Final Report (TFR): 03/31/15

         /s/    GINA B. KROL
_____ Date: 08/26/15
         GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03106 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FULL, JAMES A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0568  Checking Account |
| Taxpayer ID No: | *******4356 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,988.26 | | 9,988.26 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.16 | 9,982.10 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.36 | 9,975.74 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.15 | 9,969.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.35 | 9,963.24 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,948.43 |
| 02/13/13 | 030001 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 8.62 | 9,939.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.36 | 9,926.45 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.76 | 9,911.69 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.26 | 9,897.43 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 9,882.72 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.22 | 9,868.50 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.67 | 9,853.83 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,839.18 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.16 | 9,825.02 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.61 | 9,810.41 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 9,796.29 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.56 | 9,781.73 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.54 | 9,767.19 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.12 | 9,754.07 |
| 04/01/14 | 030002 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 8.60 | 9,745.47 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.50 | 9,730.97 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.00 | 9,716.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.45 | 9,702.52 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 18.05

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-03106 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | FULL, JAMES A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0568 Checking Account |
| Taxpayer ID No: | *******4356 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,688.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.40 | 9,674.16 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 9,659.78 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.90 | 9,645.88 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,631.54 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.86 | 9,617.68 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.30 | 9,603.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.28 | 9,589.10 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | BOND<br>BOND | 2300-000 | | 5.48 | 9,583.62 |
| 03/27/15 | 030004 | Cohen & Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees per Court Order | 3110-000 | | 2,015.83 | 7,567.79 |
| 03/27/15 | 030005 | Cohen & Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenes per Court Order | 3120-000 | | 34.60 | 7,533.19 |
| 03/27/15 | 030006 | Gina B. Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees per Court Order | 2100-000 | | 1,750.02 | 5,783.17 |
| 03/27/15 | 030007 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees per Court Order | 3110-000 | | 1,007.92 | 4,775.25 |
| 03/27/15 | 030008 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Final Distribution | 7100-900 | | 722.55 | 4,052.70 |

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-03106 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | FULL, JAMES A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0568 Checking Account |
| Taxpayer ID No: | *******4356 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/15 | 030009 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | 777.25 | 3,275.45 |
| 03/27/15 | 030010 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | 1,867.46 | 1,407.99 |
| 03/27/15 | 030011 | Nationwide<br>PO Box 23356<br>Pittsburg, PA 15222 | Final Distribution | 7100-000 | | 1,296.95 | 111.04 |
| 03/27/15 | 030012 | American Express Travel Related Services Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 111.04 | 0.00 |

| Account *******0568 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 12 | Checks | 9,606.32 |
| 0 | Interest Postings | 0.00 | 29 | Adjustments Out | 381.94 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 9,988.26 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 9,988.26 | | | |
| | Total | $ 9,988.26 | | | |

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03106 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FULL, JAMES A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4412 BofA - Money Market Account |
| Taxpayer ID No: | *******4356 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | * NOTE * | James Full | * NOTE * Properties 13, 14, 16 | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 10,000.07 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,000.15 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 11.89 | 9,988.26 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,988.26 | 0.00 |

| | Account *******4412 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 10,000.00 | 0 | Checks | 0.00 |
| 2 | Interest Postings | | 0.15 | 1 | Adjustments Out | 11.89 |
| | | Subtotal | $ 10,000.15 | 1 | Transfers Out | 9,988.26 |
| 0 | Adjustments In | | 0.00 | | Total | $ 10,000.15 |
| 0 | Transfers In | | 0.00 | | | |
| | | Total | $ 10,000.15 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 18.05

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-03106 -DRC |
| Case Name: | FULL, JAMES A |
| Taxpayer ID No: | *******4356 |
| For Period Ending: | 08/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4412 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | |
| 1 | Deposits | 10,000.00 | 12 Checks 9,606.32 |
| 2 | Interest Postings | 0.15 | 30 Adjustments Out 393.83 |
| | | | 1 Transfers Out 9,988.26 |
| | Subtotal | $ 10,000.15 | |
| | | | Total $ 19,988.41 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 9,988.26 | |
| | Total | $ 19,988.41 | Net Total Balance $ 0.00 |

Trustee's Signature: /s/ GINA B. KROL    Date: 08/26/15
GINA B. KROL

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 18.05